No. 99–8488. COWANS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 99–8503. PRYSTASH *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8532. MEDINA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–8541. MARTINEZ *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–8580. BELL *v.* THOMAS, SHERIFF, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–8583. REBOLLAR-PEREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–8587. FEURTADO *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–8595. RAULERSON *v.* RENO, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 99–8636. DIN *v.* SUMMERS, SECRETARY OF THE TREASURY. C. A. D. C. Cir. Certiorari denied.

No. 99–8672. HAMILTON *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 99–8766. RICHARDS *v.* SONDALLE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 99–8770. NYHUIS *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–8820. ROSS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–8823. MARCELLO *v.* MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 99–8836. ALBERTO-GENAO *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 99–8846. MONK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.